[No. 1928-1.   Division One.   November 26, 1973.]

*In the Matter of the Adoption of* SCOTT MYERS BILLINGTON, *a Minor.*

Appeal from a judgment of the Superior Court for Snohomish County, No. P-42433, Thomas R. Stiger, J., entered September 14, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Williams, JJ.

[No. 1941-1.   Division One.   November 26, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES T. MOSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59360, Theodore S. Turner, J., entered August 31, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and James, J.